# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Georgina J. Gyuriska,                         :
                          Petitioner          :
                                              :
            v.                                :          No. 1719 C.D. 2019
                                              :
Unemployment Compensation                     :
Board of Review,                              :
                          Respondent          :

**PER CURIAM**                    **O R D E R**

NOW, December 4, 2020, upon consideration of Petitioner's application for reargument, the application is denied.